THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00097-MR

| | |
|---|---|
| **JUBILEE CAKE STUDIO, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **THE CAKE STUDIO, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Larry W. Miller, Jr. as counsel *pro hac vice*. [Doc. 16]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 16] is **ALLOWED**, and Larry W. Miller, Jr. is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

Signed: November 18, 2021

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge