# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00097-MR

| | |
|---|---|
| **JUBILEE CAKE STUDIO, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> **THE CAKE STUDIO, LLC,** ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for 30 Day Stay Due to Notice of Settlement. [Doc. 18].

The parties state that they have reached an "agreement in principle" to settle this litigation and jointly move for a stay of all current deadlines for a period of 30 days, by which time, the parties represent, they will file a notice of dismissal or the stay will be lifted. [Doc. 18].

An "agreement in principle" to settle is not a settlement agreement; it is an "agreement to agree" at some point in the future on a settlement. As such, reaching an "agreement in principle" to settle does not justify staying any deadlines in this action. If the parties wish to suspend litigating this matter and spend the next 30 days working on a settlement, this would not

appear to create any significant scheduling difficulties. The discovery deadline does not expire until June 1, 2022. Thus, if settlement negotiations fail and the parties decide to resume litigation by April 1st, they would still have two months to complete any necessary discovery. For all these reasons, the parties' motion for a 30-day stay of this matter is denied.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for 30 Day Stay Due to Notice of Settlement [Doc. 18] is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 4, 2022

Martin Reidinger
Chief United States District Judge